DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

RAYNALD JOSEPH LAMOTHE, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-3568

———————————————

November 8, 2023

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Rachael E. Reese and Olivia M. Nathan of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.